IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CARL DAUENHAUER and LORES DAUENHAUER, husband and wife, DBA DAUENHAUER FARMS, with an assumed name HDW and HAUER OF THE DAUEN, INC.**, an Oregon corporation, | 3:11-CV-01436-ST<br><br>ORDER |
| Plaintiff, | |
| v. | |
| **COLUMBIA RIVER BANK**, an Oregon bank corporation, and **COLUMBIA STATE BANK**, a banking corporation | |
| Defendants. | |

**BROWN, Judge.**

    Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#76) on March 18, 2013, in which she recommends this Court grant the Motion (#39) of Columbia State Bank to Dismiss Columbia River Bank for Lack of Prosecution. The matter

1 - ORDER

is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). See also *United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#76). Accordingly, the Court **GRANTS** the Motion (#39) of Columbia State Bank to Dismiss Columbia River Bank for Lack of Prosecution.

IT IS SO ORDERED.

DATED this 2nd day of May, 2013.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER